No. 1213. SCHIPANI *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. MR. JUSTICE DOUGLAS and MR. JUSTICE BRENNAN are of the opinion that certiorari should be granted. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. ▆

No. 1238. MANCUSI, WARDEN, ET AL. *v.* MARTINEZ. C. A. 2d Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. ▆

No. 5999. HOWARD *v.* CRAVEN, WARDEN, ET AL. Super. Ct. Cal., County of Sacramento. Certiorari and/or habeas corpus denied.

No. 6110. MAGEZIS ET AL. *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS would deny petition on ground that state remedies have not been exhausted. ▆

No. 6239. THERIAULT *v.* DAGGETT, ACTING WARDEN, ET AL. C. A. 5th Cir. Certiorari denied. MR. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

No. 6247. THERIAULT *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. MR. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

No. 6426. TAYLOR *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. MR. JUSTICE BLACKMUN took no part in the consideration or decision of this petition. ▆

No. 6279. FALGOUT *v.* PATTERSON, WARDEN. C. A. 10th Cir. Application for bail presented to MR. JUSTICE WHITE, and by him referred to the Court, denied. Certiorari denied.